FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 FEB 22 PM 5:00

OFFICE OF THE CLERK

2/23/07

W ✓ S ___ NP ___

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR 83 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | (18 U.S.C. §§ 2, 1343, 1344) |
| MARK ALAN MEHNER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

## COUNT I

Beginning with an e-mail sent by wire communication via direcway.com, dated on or about September 27, 2004, in the District of Nebraska, MARK ALAN MEHNER, the Defendant herein, having devised and intended to devise a scheme and artifice to defraud the Zion Lutheran Church in Douglas County, Nebraska, and having devised and intended to devise any scheme and artifice to obtain money and property of the Zion Lutheran Church in Douglas County, Nebraska, which scheme and artifice continues up to the date of the return of the Indictment herein, by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, any writings, signs, signals, pictures, and sounds, including a series of e-mails sent by wire communication via both direcway.com and gmail.com, for the purpose of executing such scheme and artifice, and said scheme and artifice did affect a financial institution as defined by federal law at Title 18 United States Code § 20.

In violation of Title 18, United States Code, Sections 2 and 1343.

## COUNT II

Beginning on or about September 7, 2005, and ending on or about the 30th day of November, 2005, in the District of Nebraska, MARK ALAN MEHNER, the Defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud the Wells Fargo Bank, a financial institution as defined by federal law at Title 18 United States Code § 20, and did knowingly execute and attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, and other property owned by and under the control of the said Wells Fargo Bank, by means of materially false and fraudulent pretenses, representations, and promises, in an amount of $156,440, more or less.

In violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT III

Beginning on or about August 1, 2005, and culminating on or about November 3, 2005, in the District of Nebraska, MARK ALAN MEHNER, the Defendant herein, having devised and intended to devise a scheme and artifice to defraud the CBS Home Mortgage Company and Wells Fargo Bank, and having devised and intended to devise any scheme and artifice to obtain money and property of the CBS Home Mortgage Company and Wells Fargo Bank, by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, any writings, signs, signals, pictures, and sounds, including a series of documents faxed by the said Mark Mehner to the CBS Home Mortgage Company and Wells Fargo Bank, beginning on or about October 16, 2005, for the purpose of executing such scheme and artifice, and said scheme and artifice did affect a financial institution as defined by federal law at Title 18 United States Code § 20.

In violation of Title 18, United States Code, Sections 2 and 1343.

## COUNT IV

Beginning on or about August 18, 2006, and ending on or about August 31, 2006, in the District of Nebraska, MARK ALAN MEHNER, the Defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud the Wells Fargo Bank, a financial institution as defined by federal law at Title 18 United States Code § 20, and did knowingly execute and attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, and other property owned by and under the control of the said Wells Fargo Bank, by means of materially false and fraudulent pretenses, representations, and promises, in an amount of $25,000, more or less.

In violation of Title 18, United States Code, Sections 2 and 1344.

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL D. WELLMAN
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
07 FEB 22 PM 5:00
OFFICE OF THE CLERK