# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CR83** |
| vs. ) | |
| ) | **ORDER** |
| **MARK ALAN MEHNER,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion for extension of time to file pretrial motions [17]. The defendant requests a 90-day continuance because new counsel was recently retained. Due to the length of the extension sought, compliance with NECrimR 12.3(a)[1] will be required.

**IT IS ORDERED** that defendant's motion for extension of time [17] is held in abeyance pending the filing of defendant's affidavit or declaration pursuant to NECrimR 12.3(a). The affidavit or declaration shall be filed no later than July 16, 2007.

**DATED July 11, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] NECrimR 12.3(a) provides, in part:
If the defendant is a moving party, the motion for extension of time to file pretrial motions shall be accompanied by the defendant's affidavit or declaration (*see* 28 U.S.C. § 1746) stating that defendant:
  (1) Has been advised by counsel of the reasons for seeking an extension;
  (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. §3161 et seq.; and
  (3) With this understanding and knowledge, agrees to the filing of the motion.