## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MARK A. MEHNER,** )<br>)<br>**Defendant.** ) | **8:07CR83**<br><br>**ORDER** |

This matter is before the court on defendant's unopposed MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [21]. The court notes this is the defendant's fourth request for an extension of time. For good cause shown, this request will be granted; however, the court will grant no further extensions of this deadline.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [21] is granted. Pretrial motions shall be filed on or before **October 23, 2007.**

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between October 16, 2007 and October 23, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. This is a final extension of time.

**DATED this 16th day of October, 2007.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**