IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR83 |
| MARK ALAN MEHNER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT, due to the illness of the government's counsel,

IT IS ORDERED that the evidentiary hearing on the Motion for Severance of Count I From Counts II-IV Pursuant to Rules 8(a) and 14 of the Federal Rules of Criminal Procedure [23] and Motion to Dismiss Count I of Indictment for Selective Prosecution and Double Jeopardy [25] is continued to **January 30, 2008** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of December, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge