IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing with counsel and defendant present,

IT IS ORDERED:

1) The defendant is granted until May 9, 2008, to file additional pretrial motions in this matter.

2) Pursuant to waiver of speedy trial (Filing No. 54) filed herein, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 8, 2008, and the resolution of any motions shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court