IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:07CR83
                              )
      v.                      )
                              )
MARK ALAN MEHNER,             )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial date (Filing No. 88). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Trial of Count I is scheduled for:

**Monday, March 16, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time will give the parties time to prepare for trial or explore plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 5, 2009, and March 16, 2009, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court