IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to quash or increase witness compensation (Filing No. 95). Counsel for plaintiff has advised the Court that the matter has been resolved. Accordingly,

IT IS ORDERED that the motion is denied as moot.

DATED this 19th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court