IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:07CR83
                             )
      v.                     )
                             )
MARK ALAN MEHNER,            )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's appeal (Filing No. 113) from the order of the magistrate judge (Filing No. 112) denying defendant's motion to compel.

IT IS ORDERED that a hearing on the appeal is scheduled for:

**Monday, June 29, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This being a criminal matter, defendant shall be present.

DATED this 23rd day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court