IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:07CR83
                              )
         v.                   )
                              )
MARK ALAN MEHNER,             )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on the request of a hearing-impaired prospective juror for payment of fees for an interpreter.  The Court finds the request should be granted.  Accordingly,

IT IS ORDERED that the payment of $50.00 to Janet M. Thacker, 5508 North 127th Street, Omaha, Nebraska, 68164, for services rendered to a hearing-impaired prospective juror is approved.

DATED this 6th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court