IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:07CR83
                               )
      v.                       )
                               )
MARK ALAN MEHNER,              )        ORDER
                               )
            Defendant.         )
_____)
```

       This matter is before the Court on plaintiff's motion to strike (Filing No. 156).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion is granted; Filing No. 153 is stricken as incomplete.

       DATED this 21st day of September, 2009.

                              BY THE COURT:

                              /s/ Lyle E. Strom

                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court