IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 151) concerning disposition of a 2003 Cadillac Escalade, VIN 1GYEK63N93R253497 in civil action 8:07CV79.  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; disposition of the defendant property in 8:07CV79 shall be made in accordance with the provisions of the stipulation.

DATED this 23rd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court