IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to set aside or vacate plea (Filing No. 178). The Court finds the government should respond to the motion. Accordingly,

IT IS ORDERED that the government has until Tuesday, January 19, 2010, to file a response to defendant's motion.

DATED this 5th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court