IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a status conference concerning pending motions in this case is scheduled for:

**Wednesday, January 27, 2010, at 9 a.m.**

in the chambers of the undersigned.  Inasmuch as this conference is for scheduling purposes only, defendant need not be present.

DATED this 25th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court