IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR83 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| MARK ALAN MEHNER, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant's Exhibits Nos. 101 - 110  - Motion hearing  - January 30, 2008

Defendant's Exhibits Nos. 101 - 115  -  Motion hearing  - June 5, 2008 and June 12, 2008

Defendant's Exhibits  A - H - Sentencing hearing - September 25, 2009

Defendant's Exhibits Nos. 1 - 5 - Motion Hearing - December 31, 2009

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 31th day of August, 2010.

s/ Lyle E. Strom<br>
United States District Judge