IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALAN MEHNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to amend judgment nunc pro tunc (Filing No. 193).  The Court finds the government should respond to the motion.  Accordingly,

IT IS ORDERED that the government has until Monday, June 13, 2011, to file a response to defendant's motion.

DATED this 3rd day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court