IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:07CR83
                             )
      v.                     )
                             )
MARK ALAN MEHNER,            )        ORDER
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on defendant's motion to amend judgment nunc pro tunc (Filing No. 193), the government's statement regarding defendant's nunc pro tunc motion (Filing No. 195), and defendant's reply (Filing No. 196). The Court notes that defendant is presently incarcerated in a federal prison serving the sentence imposed by the Court in this case.

      With respect to the sentence imposed by Judge Peter C. Bataillon of the Douglas County District Court, the Court notes that sentence was to be served concurrently with the federal sentence referred to above and that defendant was to turn himself in to a federal prison on January 1, 2010. The Court has been advised by the Bureau of Prisons that the sentence imposed by Judge Bataillon is running concurrently with the federal sentence. Therefore, the Court finds defendant's motion is moot and will be denied.

IT IS ORDERED that defendant's motion is denied as moot.

DATED this 11th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court